# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>_Jon Russell Simpson_<br><br>　　　　Defendant. | Case No.: 06-680 CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____CD/CA____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　[X]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ____PR/PS____

1
2
3
4       and/or
5   B.  ( ) The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: _____
10
11
12
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   3/2/11
18
19
20                                      UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28