O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 06-680-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| ) | RELEASE AND JUDGMENT |
| JON RUSSELL SIMPSON, ) | |
| Defendant. ) | |
| _____ ) | |

On March 7, 2011, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 7, 2011. Government counsel, Amanda Bettinelli, the defendant and his appointed CJA attorney, William Domnarski, were present. The U.S. Probation Officer, Calvin Daniels, was also present.

The defendant admits violation of his supervised release, as stated in the Petition filed on February 7, 2011. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on February 21, 1995 and May 14, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow. The Court hereby recommends that defendant serve his sentence at the Metropolitan Detention Center.

///

1  In the alternative, the Court recommends that defendant be placed at a facility that can handle
2  defendant's medical needs.
3      IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
4  Marshal or other qualified officer and that said copy shall serve as the commitment of
5  defendant.

7  FILE/DATED: March 8, 2011     _____
                                         CHRISTINA A. SNYDER
8                                          UNITED STATES DISTRICT JUDGE
9                                          TERRY NAFISI, CLERK

11                                          By: \_\_\_/S/_____
                                               Catherine M. Jeang, Deputy Clerk